UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KARLA GERRARD,

        Plaintiff(s),          Case No. 22-cv-11066-TGB-EAS

v.          Terrence G. Berg

WAL-MART STORES EAST, LP,          Elizabeth A. Stafford

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Wal-Mart Stores East, LP

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☑      No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Walmart, Inc.
    Relationship with Named Party: Wal-Mart Stores East, LP is a subsidiary of Walmart, Inc.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐      No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: May 31, 2022          /s/Nicole M. Wright

         P63513
         Zausmer, P.C.
         32255 Northwestern Highway
         Suite 225
         Farmington Hills, MI 48334-1574
         (248) 851-4111
         nwright@zausmer.com